IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HEATH HUMPHREY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:13cv446-TMH |
| MRS. KIMBERLY KERVIN, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On July 17, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 7). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Plaintiff's complaint against the named defendants is DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(I & iii); and

2. This case is DISMISSED prior to service of process.

Done, this 30th day of September 2013.

          /s/ Truman M. Hobbs
          TRUMAN M. HOBBS
          SENIOR UNITED STATES DISTRICT JUDGE